IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff, | § § § | |
| V. | § § | CIVIL ACTION NO.:<br>2:23-CV-00214 |
| ENERGY TRANSFER (R&M), LLC,<br>EL PASO, LLC, EL PASO MERCHANT<br>ENERGY-PETROLEUM COMPANY, and<br>THE GOODYEAR TIRE & RUBBER<br>COMPANY<br>　　Defendants. | § § § § § § § | |
| ENERGY TRANSFER (R&M), LLC,<br>EL PASO, LLC, EL PASO MERCHANT<br>ENERGY-PETROLEUM COMPANY,<br>　　Counter-Plaintiffs, and Third-<br>　　Party Plaintiffs, | § § § § § § | |
| V. | § § | |
| ANADARKO E&P ONSHORE, LLC; HESS<br>CORPORATION; BUCKEYE TEXAS<br>PROCESSING, LLC; BOOMERANG<br>CORPORATION; JOHN ALTAIRE COIL;<br>CHARLES JOSEPH PHELPS; JOHN<br>KENNETH COIL; KEN, INC.; JOHN<br>DERIC AND CAITLYN O. COIL 1995<br>IRREVOCABLE TRUST; ROBERT<br>SANCHEZ,<br>　　Third-Party Defendants. | § § § § § § § § § § | |

**NOTICE OF REQUEST BY THIRD-PARTY DEFENDANT BUCKEYE TEXAS
PROCESSING, LLC FOR ORAL ARGUMENT ON MOTION TO DISMISS**

　　Third-Party Defendant Buckeye Texas Processing, LLC ("Buckeye") gives Notice

to the Court and other parties of its request for oral argument on its Motion to Dismiss the

Third-Party Complaints filed against it. ["Motion," Dkt. #122].

Buckeye respectfully submits oral argument on its Motion to Dismiss will benefit the Court in this particular case due to the procedural complexities presented, *i.e.*, two third-party plaintiffs who have sued different third-party defendants with non-identical but overlapping causes of action, and five third-party defendants who have sought dismissal for non-identical but overlapping reasons. For all the reasons stated, Buckeye gives Notice to the Court and other parties of its request for oral argument on its Motion to Dismiss.

Counsel for Buckeye certifies that Brooks Richardson, one of its attorneys, has communicated with counsel of record for all parties involved in the Motions to Dismiss regarding its request for oral argument and received the following responses:

|  | *Joins* | *Unopposed* | *Opposed* |
|---|---|---|---|
| Energy Transfer (aka Sunoco) |  | X |  |
| El Paso |  | X |  |
| Anadarko | X |  |  |
| ConocoPhillips |  | X |  |
| Hess |  | X |  |
| Texaco | X |  |  |

Respectfully submitted,

By: _____

Brian K. Tully
Texas Bar No. 24039217
S.D. Texas Bar No. 569707
GABLEGOTWALS
1100 Louisiana, Suite 5000
Houston, Texas 77002
346-200-6020 *main*
405-235-2875 *facsimile*
btully@gablelaw.com
*Attorney in Charge*

2

*Counsel for Third-Party Defendant*
*Buckeye Texas Processing, LLC.*

OF COUNSEL:

| | |
|---|---|
| Brooks A. Richardson | Timothy M. Sowecke |
| *Admitted pro hac vice* | *Admitted pro hac vice* |
| Oklahoma Bar No. 18133 | Oklahoma Bar No. 32512 |
| GABLEGOTWALS | GABLEGOTWALS |
| BOK Park Plaza | BOK Park Plaza |
| 499 West Sheridan, Suite 2200 | 499 West Sheridan, Suite 2200 |
| Oklahoma City, Oklahoma 73102 | Oklahoma City, Oklahoma 73102 |
| 405-235-5500 *main* | 405-235-5500 *main* |
| 405-235-2875 *facsimile* | 405-235-2875 *facsimile* |
| brichardson@gablelaw.com | tsowecke@gablelaw.com |

Simon B. Purnell
Texas Bar No. 24003889
S.D. Texas Bar No. 23509
GRIFFIN PURNELL LLC
2037 Airline Rd., Suite 200
Corpus Christi, Texas 78401
Telephone: (361) 262-1776
Facsimile: (361) 356-4348
simon@griffinpurnell.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2025, a true and correct copy of the foregoing is being served, upon filing, on all parties requesting electronic notification in this case via the Court's CM/ECF system.

_____
Brian K. Tully

3