United States District Court
Southern District of Texas
**ENTERED**
July 18, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| United States of America<br>    Plaintiff,<br><br>*versus*<br><br>Energy Transfer (R&M), LLC et al.<br>    Defendants. | Civil Action: 2:23cv214 |

# Entry of Default

It appears upon the representation of the plaintiff and from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law:

**Robert Sanchez**

Therefore, default is entered against the defendant as authorized by Federal Rule of Civil Procedure 55.

                                                                         CLERK OF COURT

DATED: July 18, 2025                  By: *Brandy Cortez*
                                                                          Deputy Clerk